## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.N. LBR 9004-1(b)**

Denise Carlon, Esq.
Brian C. Nicholas, Esq.
KML Law Group, P.C.
216 Haddon Avenue, Suite 406
Westmont, NJ 08108
Main Number: (609) 250-0700
dcarlon@kmllawgroup.com
bnicholas@kmllawgroup.com
Attorneys for The Bank of New York Mellon f/k/a The Bank of
New York, successor in interest to JPMorgan Chase Bank N.A.
as Trustee for Structured Asset Mortgage Investments II Inc.,
Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates,
Series 2005-8

In Re:

Carlos O. Moyeno

                    Debtor

**NOTICE OF APPEARANCE**

Please take notice that in accordance with Fed R.
Bankr. P. 9010(b) the undersigned enters an
appearance in this case

Case No: 15-17588 VFP

Chapter: 13

Judge: Vincent F. Papalia

on behalf of

The Bank of New York Mellon f/k/a The Bank
of New York, successor in interest to JPMorgan
Chase Bank N.A. as Trustee for Structured Asset
Mortgage Investments II Inc., Bear Stearns
ALT-A Trust, Mortgage Pass-Through
Certificates, Series 2005-8

Request is made that the documents filed in this
case and identified below be served on the
undersigned at this address:

ADDRESS:

81 Vreeland Avenue  Bergenfield, NJ 07621

DOCUMENTS
☐  All notices entered pursuant to Fed. R.
Bankr. P. 2002.
☐☐  All documents and pleadings of any
nature.

**/s/ Denise Carlon, Esquire**
Denise Carlon, Esquire
Brian C. Nicholas, Esquire
**KML Law Group, P.C.**
216 Haddon Avenue, Ste. 406
Westmont, NJ 08108
(609) 250-0700 (NJ)
(215) 627-1322 (PA)
FAX: (609) 385-2214
Attorney for Movant/Applicant

*new 8/1/15*