IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

IN RE: :
Cases Represented by John P. Schneider :
Esquire : Various Chapters and Case Numbers
 :
John P. Schneider, Esquire   and :
Andrew L. Spivack, Esquire, :
 :
               Movants :
 :
All Cases Identified in the Attached :
Exhibit A :



## JOINT PETITION TO WITHDRAW THE APPEARANCE OF JOHN P. SCHNEIDER, ESQUIRE AS COUNSEL AND SUBSTITUTE ANDREW L. SPIVACK, ESQUIRE AS COUNSEL OF RECORD

      NOW COMES, John P. Schneider, Esquire and Andrew L. Spivack, Esquire and file this Joint Omnibus Petition and respectfully request that this Honorable Court allow the withdrawal of John P. Schneider, Esquire as counsel from all cases listed on Exhibit "A" attached to this Motion and for the simultaneous substitution of Andrew L. Spivack, Esquire as counsel of record. The Movants submit that the petition is appropriate considering the large number of cases involved, which would make individual motions impractical.

Respectfully submitted,

**/s/ John P. Schneider, Esquire**
John P. Schneider
(NJ ID #036562011)
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Telephone: (856) 813-5500
E-mail: john.schneider@phelanhallinan.com

**/s/ Andrew L. Spivack, Esquire**
Andrew L. Spivack, Esquire
(NJ ID #018141999)
Phelan Hallinan Diamond & Jones, PC
400 Fellowship Road, Suite 100
Mt. Laurel, NJ 08054
Telephone: (856) 813-5500
E-mail: andrew.spivack@phelanhallinan.com