UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

Low and Low, LLC
505 Main Street
Hackensack, NJ 07601
Telephone: (201)-343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Carlos Moyeno

**Order Filed on September 14, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:        15-17588

Chapter:              13

Judge:              VFP


## ORDER RESPECTING REQUEST FOR EXTENSION
## OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD


The relief set forth on the following page is hereby **ORDERED**.


**DATED: September 14, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____May 13, 2016_____ :

Property:        81 Vreeland Avenue Bergenfield, NJ 07621_____

Creditor:        America's Servicing Company_____

and a Request for

☒  Extension of the 90 day Loss Mitigation Period having been filed by _____Russell L. Low_____,
and for good cause shown

❑  Early Termination of the Loss Mitigation Period having been filed by _____,
and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____December 9, 2017_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2