Order Filed on September 27, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| UNITED STATES BANKRUPTCY DISTRICT OF NEW JERSEY |
|---|
| Caption in Compliance with D.N.J. LBR 9004-2 (c) |
| Russell L. Low, Esq. – RLL 4745<br>Low & Low, LLC<br>505 Main Street, Suite 304<br>Hackensack, NJ 07501<br>201-343-4040<br>Attorneys for Debtor |
| In Re<br><br>**CARLOS O. MOYENO**<br><br><br>Debtor(s) |

Case No. 15-17588

Chapter 13

Judge: The Honorable Vincent F. Papalia

**Hearing Date: September 21, 2017, 2:00pm**

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: September 27, 2017**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

The applicants having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

**ORDERED** that **Low & Low, LLC** the applicant, is allowed a fee of $1,500.00 for services rendered and expenses in the amount of $0.00 for a total of $1,500.00.  The allowance is payable:

   _X_    through the Chapter 13 plan as an administrative priority.

   ___    outside the plan.

` The debtor's monthly plan is modified to require a payment of $631.00 per month for 31 months starting October 1, 2017 to allow for payment of the above fee.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 15-17588-VFP
Carlos O. Moyeno                                                    Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1             Date Rcvd: Sep 27, 2017
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2017.
db             +Carlos O. Moyeno,    81 Vreeland Avenue,    Bergenfield, NJ 07621-1928

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 29, 2017                                    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 27, 2017 at the address(es) listed below:
        Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
         COMPANY AS SERVICER FOR The Bank of New York Mellon, f/k/a The Bank of New York, successor in
         interest to JPMorgan Chase Bank, N.A. as Trustee for Struc nj.bkecf@fedphe.com
        Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
         YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET
         MORTGAGE et.al.  nj.bkecf@fedphe.com
        Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
         YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET
         MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORT nj.bkecf@fedphe.com
        Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
         successor in interest to JPMorgan Chase Bank N.A. as Trustee for Structured Asset Mortgage
         Investments II Inc., Bear Stearns ALT-A Trust, Mortga dcarlon@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING COMPANY
         AS SERVICER FOR The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest
         to JPMorgan Chase Bank, N.A. as Trustee for Struc nj.bkecf@fedphe.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
         YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE et.al.  nj.bkecf@fedphe.com
        Russell L. Low    on behalf of Debtor Carlos O. Moyeno rbear611@aol.com,
         ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                          TOTAL: 8