| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br>Low and Low, LLC<br>505 Main Street<br>Hackensack, NJ 07601<br>Telephone: (201)-343-4040<br>Russell L. Low, Esq. No. 4745<br>Attorney for the Debtor | Order Filed on December 4, 2017<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Carlos Moyeno | Case No.:      15-17588<br>Chapter:            13<br>Judge:             VFP |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 4, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  May 13, 2016  :

Property:    81 Vreeland Avenue Bergenfield, NJ 07621

Creditor:    America's Servicing Company

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by  Russell L. Low  , and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including  March 9, 2018  .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*