RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 12/31/2017
Chapter 13 Case # 15-17588

Re:   CARLOS O. MOYENO                                     Atty:   RUSSELL L LOW ESQ
      81 VREELAND AVENUE                                           LOW & LOW ESQS
      BERGENFIELD, NJ  07621                                       505 MAIN STREET, SUITE 304
                                                                   HACKENSACK, NJ  07601

## RECEIPTS AS OF 12/31/2017     (Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/22/2015 | $500.00 | 22405242240 | 06/03/2015 | $500.00 | 22405246885 |
| 07/01/2015 | $500.00 | 22682955284 | 08/05/2015 | $500.00 | 22682967996 |
| 09/04/2015 | $500.00 | 22682969807 | 10/13/2015 | $500.00 | 22682982486 |
| 11/03/2015 | $500.00 | 22682996368 | 12/09/2015 | $500.00 | 23136109997 |
| 01/06/2016 | $500.00 | 23136121045 | 02/02/2016 | $500.00 | 23136125038 |
| 03/02/2016 | $500.00 | 23136130462 | 04/01/2016 | $500.00 | 23388751034 |
| 05/02/2016 | $500.00 | 23388760247 | 05/31/2016 | $500.00 | 23388761698 |
| 07/06/2016 | $500.00 | 19688765220 | 08/01/2016 | $500.00 | 19688774984 |
| 08/30/2016 | $500.00 | 19688766930 | 10/04/2016 | $500.00 | 19688797585 |
| 10/28/2016 | $500.00 | 23388778664 | 12/05/2016 | $500.00 | 23388791253 |
| 01/04/2017 | $500.00 | 24130101137 | 01/31/2017 | $500.00 | 24130101958 |
| 03/06/2017 | $734.00 | 24130121141 | 03/28/2017 | $578.00 | 24130129184 |
| 05/02/2017 | $578.00 | 24130140974 | 05/31/2017 | $578.00 | 24130148760 |
| 06/28/2017 | $578.00 | 24438703770 | 08/01/2017 | $578.00 | 24438719057 |
| 09/05/2017 | $578.00 | 24438727473 | 09/26/2017 | $578.00 | 24438729958 |
| 11/21/2017 | $578.00 | 24623425124 | 12/05/2017 | $578.00 | 24623433933 |
| 12/27/2017 | $578.00 | 24623442707 | | | |

**Total Receipts: $17,514.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $17,514.00**

## LIST OF PAYMENTS TO CLAIMS AS OF 12/31/2017     (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAS SERVICING COMPANY | | | | | | |
| | 09/14/2015 | $1,919.50 | 739,680 | 10/19/2015 | $481.00 | 741,900 |
| | 11/16/2015 | $472.50 | 744,015 | 12/17/2015 | $472.50 | 745,976 |
| | 05/13/2016 | $362.50 | 756,183 | 06/20/2016 | $472.50 | 758,071 |
| | 07/18/2016 | $472.50 | 760,168 | 08/15/2016 | $472.50 | 762,077 |
| | 09/19/2016 | $472.50 | 764,054 | 10/17/2016 | $472.50 | 766,024 |
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 04/14/2017 | $47.44 | 778,398 | 05/15/2017 | $543.90 | 780,291 |
| | 06/19/2017 | $1,087.80 | 782,295 | 07/17/2017 | $543.90 | 784,214 |
| | 10/16/2017 | $176.78 | 789,705 | 12/18/2017 | $543.90 | 793,403 |

## CLAIMS AND DISTRIBUTIONS

**Chapter 13 Case # 15-17588**

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 916.23 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,495.75 | 100.00% | 6,495.75 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 131,545.11 | 100.00% | 9,014.22 | 122,530.89 |
| 0002 | AMERIFINANCIAL SOLUTIO | UNSECURED | 0.00 | 100.00% | 0.00 | 0.00 |
| 0003 | CITIBANK NA | UNSECURED | 707.37 | 100.00% | 0.00 | 707.37 |

**Total Paid: $16,426.20**
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 10, 2018.

Receipts: $17,514.00    -    Paid to Claims: $9,014.22    -    Admin Costs Paid: $7,411.98    =    Funds on Hand: $1,087.80

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.