# *LOW & LOW ATTORNEYS AT LAW, LLC*

*505 Main Street, Suite 304*　　　　　　　　　　　　　　　*Tel: (201) 343-4040*
*Hackensack, New Jersey 07601*　　　　　　　　　　　　*Fax: (201)-488-5788*

**STANLEY W. LOW**　　　　　　　　　　　　　　　　　　**RUSSELL L. LOW**

September 20, 2018

Honorable Vincent F. Papalia
50 Walnut Street, 3rd Floor
Newark, N.J. 07102

Re: **Case No. 15-17588, Carlos Moyeno**

Honorable Vincent F. Papalia,

　　Please withdraw Docket No. 109, Application for Extension of Loss Mitigation Period. I apologize for any inconvenience this may have caused.

Thank you,

**/s/ Russell L. Low**
Russell L. Low, Esq.