UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:
CARLOS O MOYENO

Case No.:        ___2-15-BK-17588___

Chapter:        _____13_____

Judge:        ___VINCENT F PAPALIA___

**CHANGE OF ADDRESS**

Under D. N.J. LBR 2002-1(b) this form must be used by a party to change its address during a case or proceeding. A debtor who wishes to change the address of a creditor previously included on their Schedules may also use this form.

Party's name/type:        Citibank, N.A._____, Creditor_____
(Example: John Smith, creditor)

Old address:    Payment Center_____

4740 121st Street_____

Urbandale IA 50323_____

New address:    6716 Grade Ln Blg 9 STE 910-PY DEPT___

Louisville KY 40213-3439_____

_____

New phone no.:_(425) 242-7100_____
(if debtor is filing and their phone number has changed).

I hereby certify under penalty of perjury that the above information is true.  If a debtor, I understand that it is my responsibility to notify the Trustee and any affected party of my change of address.

Date:    _3/6/2019_____        /s/ Alexandra Chen_____
                                        Signature

*rev.2/1/16*