UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Low and Low, L.L.C.
505 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 343-4040
Russell L. Low, Esq. No. 4745
Attorney for the Debtor

In Re:

Carlos Moyeno

Order Filed on March 21, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:　　　15-17588

Chapter:　　　13

Judge:　　　VFP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 21, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on July 19, 2018 :

Property: 81 Vreeland Avenue Bergenfield NJ 07621

Creditor: America's Servicing Co

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by Russell L. Low on behalf of the debtor, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including 6/15/19 .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2