Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−17588−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos O. Moyeno
   81 Vreeland Avenue
   Bergenfield, NJ 07621

Social Security No.:
   xxx−xx−1406

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3B, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

on 10/17/19 at 10:00 AM

to consider and act upon the following:

*129* − Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Carlos O. Moyeno. Objection deadline is 9/23/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Low, Russell)

*130* − Objection to Application for Extension of Loss Mitigation Period (related document:129 Application for Extension of Loss Mitigation Period. Filed by Russell L. Low on behalf of Carlos O. Moyeno. Objection deadline is 9/23/2019. (Attachments: # 1 Proposed Order # 2 Certificate of Service) filed by Debtor Carlos O. Moyeno) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 9/23/19

Jeanne Naughton
Clerk, U.S. Bankruptcy Court