RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ 07601

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS AS OF 1/15/2020
#### Chapter 13 Case # 15-17588

Re:   CARLOS O. MOYENO　　　　　　　　　　　Atty:   RUSSELL L LOW ESQ
　　　 81 VREELAND AVENUE　　　　　　　　　　　　　　 LOW & LOW ESQS
　　　 BERGENFIELD, NJ 07621　　　　　　　　　　　　 505 MAIN STREET, SUITE 304
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HACKENSACK, NJ 07601

**NOTE: THIS IS A BASE PLAN IN THE AMOUNT OF $32,430.00**

## RECEIPTS AS OF 01/15/2020

(Please Read Across)

| Date | Amount | Source Document No. | Date | Amount | Source Document No. |
|---|---|---|---|---|---|
| 05/22/2015 | $500.00 | 22405242240 | 06/03/2015 | $500.00 | 22405246885 |
| 07/01/2015 | $500.00 | 22682955284 | 08/05/2015 | $500.00 | 22682967996 |
| 09/04/2015 | $500.00 | 22682969807 | 10/13/2015 | $500.00 | 22682982486 |
| 11/03/2015 | $500.00 | 22682996368 | 12/09/2015 | $500.00 | 23136109997 |
| 01/06/2016 | $500.00 | 23136121045 | 02/02/2016 | $500.00 | 23136125038 |
| 03/02/2016 | $500.00 | 23136130462 | 04/01/2016 | $500.00 | 23388751034 |
| 05/02/2016 | $500.00 | 23388760247 | 05/31/2016 | $500.00 | 23388761698 |
| 07/06/2016 | $500.00 | 19688765220 | 08/01/2016 | $500.00 | 19688774984 |
| 08/30/2016 | $500.00 | 19688766930 | 10/04/2016 | $500.00 | 19688797585 |
| 10/28/2016 | $500.00 | 23388778664 | 12/05/2016 | $500.00 | 23388791253 |
| 01/04/2017 | $500.00 | 24130101137 | 01/31/2017 | $500.00 | 24130101958 |
| 03/06/2017 | $734.00 | 24130121141 | 03/28/2017 | $578.00 | 24130129184 |
| 05/02/2017 | $578.00 | 24130140974 | 05/31/2017 | $578.00 | 24130148760 |
| 06/28/2017 | $578.00 | 24438703770 | 08/01/2017 | $578.00 | 24438719057 |
| 09/05/2017 | $578.00 | 24438727473 | 09/26/2017 | $578.00 | 24438729958 |
| 11/21/2017 | $578.00 | 24623425124 | 12/05/2017 | $578.00 | 24623433933 |
| 12/27/2017 | $578.00 | 24623442707 | 02/01/2018 | $578.00 | 24623440143 |
| 03/05/2018 | $578.00 | 24623409554 | 03/27/2018 | $578.00 | 24623423122 |
| 05/07/2018 | $578.00 | 25066005671 | 05/29/2018 | $578.00 | 25066017977 |
| 07/05/2018 | $578.00 | 25066027653 | 08/03/2018 | $578.00 | 25066037621 |
| 08/21/2018 | $239.00 | 17837127613 | 08/21/2018 | $500.00 | 17837127612 |
| 09/05/2018 | $631.00 | 25066048151 | 09/28/2018 | $631.00 | 25066151526 |
| 10/30/2018 | $631.00 | 25066162697 | 12/03/2018 | $631.00 | 25066169515 |
| 12/31/2018 | $631.00 | 25066171462 | 02/19/2019 | $631.00 | 25066182341 |
| 03/06/2019 | $631.00 | 25066195558 | 03/29/2019 | $631.00 | 25066196820 |
| 05/01/2019 | $631.00 | 25525437456 | 06/03/2019 | $631.00 | 25525442700 |
| 07/15/2019 | $631.00 | 25525453465 | 07/31/2019 | $631.00 | 25525459495 |
| 08/30/2019 | $631.00 | 25525466921 | 10/22/2019 | $631.00 | 2617201923 |
| 11/01/2019 | $631.00 | 26170211103 | 12/04/2019 | $631.00 | 26170207975 |
| 12/31/2019 | $631.00 | 26170225942 | | | |

**Total Receipts: $33,026.00  -  Amount Refunded to Debtor: $0.00  =  Receipts Applied to Plan: $33,026.00**

**Chapter 13 Case # 15-17588**

## LIST OF PAYMENTS TO CLAIMS AS OF 01/15/2020 (Please Read Across)

| Claimant Name | Date | Amount | Check # | Date | Amount | Check # |
|---|---|---|---|---|---|---|
| AMERICAS SERVICING COMPANY | | | | | | |
| | 09/14/2015 | $1,919.50 | 739,680 | 10/19/2015 | $481.00 | 741,900 |
| | 11/16/2015 | $472.50 | 744,015 | 12/17/2015 | $472.50 | 745,976 |
| | 05/13/2016 | $362.50 | 756,183 | 06/20/2016 | $472.50 | 758,071 |
| | 07/18/2016 | $472.50 | 760,168 | 08/15/2016 | $472.50 | 762,077 |
| | 09/19/2016 | $472.50 | 764,054 | 10/17/2016 | $472.50 | 766,024 |
| CITIBANK NA | | | | | | |
| | 10/22/2018 | $707.37 | 811,801 | | | |
| SPECIALIZED LOAN SERVICING LLC | | | | | | |
| | 04/14/2017 | $47.44 | 778,398 | 05/15/2017 | $543.90 | 780,291 |
| | 06/19/2017 | $1,087.80 | 782,295 | 07/17/2017 | $543.90 | 784,214 |
| | 10/16/2017 | $176.78 | 789,705 | 12/18/2017 | $543.90 | 793,403 |
| | 01/22/2018 | $1,087.80 | 795,253 | 02/20/2018 | $543.90 | 797,117 |
| | 04/16/2018 | $1,087.80 | 800,813 | 06/18/2018 | $1,093.58 | 804,678 |
| | 08/20/2018 | $1,107.45 | 808,563 | 09/17/2018 | $716.83 | 810,492 |

## CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Allowed Claim | Percent to be Paid | Paid | Unpaid Balance * |
|---|---|---|---|---|---|---|
| TTE | TRUSTEE COMPENSATION | ADMIN | | | 1,662.79 | TBD |
| ATTY | ATTORNEY (S) FEES | ADMIN | 6,495.75 | 100.00% | 6,495.75 | 0.00 |
| COURT | CLERK OF COURT | ADMIN | 0.00 | 100.00% | 0.00 | 0.00 |
| 0001 | SPECIALIZED LOAN SERVICING LLC | MORTGAGE ARRE | 14,651.58 | 100.00% | 14,651.58 | |
| 0002 | AMERIFINANCIAL SOLUTIO | UNSECURED | 0.00 | * | 0.00 | |
| 0003 | CITIBANK NA | UNSECURED | 707.37 | * | 707.37 | |

Total Paid: $23,517.49
See Summary

## SUMMARY

Summary of all receipts and disbursements from the date the case was filed, to and including: January 17, 2020.

Receipts: $33,026.00    -    Paid to Claims: $15,358.95    -    Admin Costs Paid: $8,158.54    =    Funds on Hand: $9,508.51

**NOTE**: THIS REPORT IS NOT TO BE USED AS A PAYOFF FIGURE. ADDITIONAL ALLOWED CLAIMS AND OTHER VARIABLES MAY AFFECT THE AMOUNT TO COMPLETE THE PLAN.