UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Low & Low LLC
505 Main Street Suite 304
Hackensack NJ 07601
Telephone 201-343-4040
Russell L. Low Esq No 4745
Attorney for the Debtor

In Re:

 Carlos O Moyeno

Case No.:            15-17588

 Judge:                VFP

 Chapter:              13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.       ☐  Motion for Relief from the Automatic Stay filed by _____ ,

creditor,

A hearing has been scheduled for _____, at _____.

☐  Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☒  Certification of Default filed by _____ Marie-Ann Greenberg _____,

I am requesting a hearing be scheduled on this matter.

2.       I oppose the above matter for the following reasons (**choose one**):

☐  Payments have been made in the amount of $ _____, but have not

been accounted for.  Documentation in support is attached.

☐  Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☒  Other (**explain your answer**):
   The debtor is respectfully requesting more time to submit documents.

3.     This certification is being made in an effort to resolve the issues raised in the certification

   of default or motion.

4.     I certify under penalty of perjury that the above is true.

Date: _____February 10, 2020_____

./s/Carlos O Moyeno_____
Debtor's Signature

Date: _____

_____
Debtor's Signature

**NOTES:**

1.     Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
   13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
   opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
   Dismiss.

2.     Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
   Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
   Default.

*rev.8/1/15*