# *LOW & LOW ATTORNEYS AT LAW, LLC*

*505 Main Street, Suite 304*  *Tel: (201) 343-4040*
*Hackensack, New Jersey 07601*  *Fax: (201)-488-5788*

**STANLEY W. LOW**  **RUSSELL L. LOW**

March 2, 2020

Honorable John K. Sherwood
50 Walnut Street, 3rd Floor
Newark, N.J. 07102
Courtroom 3D

Re: Case No. 15-17588, Carlos O. Moyeno

Dear Honorable Sherwood,

    Please withdraw Docket No. 144, Certification in Opposition to (related document:[142] Certification of Default of Standing Trustee. I apologize for any inconvenience this may have caused.

Thank you,

/s/ Russell L. Low

**Russell L. Low, Esq.**