Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 15−17588−VFP
                        Chapter: 13
                        Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos O. Moyeno
   81 Vreeland Avenue
   Bergenfield, NJ 07621

Social Security No.:
   xxx−xx−1406

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

     NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 3/11/20.

     Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

     This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: March 11, 2020
JAN: mcp

                                                                                                     Jeanne Naughton
                                                                                                    Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 15-17588-VFP
Carlos O. Moyeno                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin            Page 1 of 2           Date Rcvd: Mar 11, 2020
                            Form ID: 148           Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2020.
```
db          +Carlos O. Moyeno,    81 Vreeland Avenue,    Bergenfield, NJ 07621-1928
cr          +THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr          +WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING CO,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
515470183   +Amerifinancial Solutio,    Po Box 602570,    Charlotte, NC 28260-2570
518102887   +Citibank, N.A.,    6716 Grade Ln Blg 9 STE 910-PY DEPT,    Louisville, KY 40213-3410
515470184   +Monica Moyeno,    81 Vreeland Avenue,    Bergenfield, NJ 07621-1928
515470185   +Phelan Hallinam & Diamond PC,    400 Fellowship Road,    Suite 100,
             Mount Laurel, NJ 08054-3437
516456648   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129-2386
516456649   +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
             Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
             8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
515669484   +THE BANK OF NEW YORK MELLON,    AMERICAS SERVICING COMPANY,    ATTENTION: BANKRUPTCY DEPARTMENT,
             MAC # D3347-014,    3476 STATEVIEW BOULEVARD,    FORT MILL, SC 29715-7203
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 12 2020 00:03:04     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 12 2020 00:03:01     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
515470182   +EDI: WFFC.COM Mar 12 2020 03:33:00      Americas Servicing Co,    Po Box 10328,
             Des Moines, IA 50306-0328
515706509   +EDI: CITICORP.COM Mar 12 2020 03:33:00      Citibank, N.A.,    701 East 60th Street North,
             Sioux Falls, SD 57104-0493
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*         +THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
cr*         +THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW,    Phelan Hallinan & Schmieg, PC,
             400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2020 at the address(es) listed below:
```
         Andrew L. Spivack    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING
          COMPANY AS SERVICER FOR The Bank of New York Mellon, f/k/a The Bank of New York, successor in
          interest to JPMorgan Chase Bank, N.A. as Trustee for Struc nj.bkecf@fedphe.com
         Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
          YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET
          MORTGAGE et.al. nj.bkecf@fedphe.com
         Andrew L. Spivack    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
          YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET
          MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORT nj.bkecf@fedphe.com
         Denise E. Carlon    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
          successor in interest to JPMorgan Chase Bank N.A. as Trustee for Structured Asset Mortgage
          Investments II Inc., Bear Stearns ALT-A Trust, Mortga dcarlon@kmllawgroup.com,
          bkgroup@kmllawgroup.com
```

```
District/off: 0312-2           User: admin              Page 2 of 2                   Date Rcvd: Mar 11, 2020
                               Form ID: 148             Total Noticed: 14
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
           YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE et.al.
           dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Jerome B. Blank    on behalf of Creditor    WELLS FARGO BANK, N.A. D/B/A AMERICAS SERVICING COMPANY
           AS SERVICER FOR The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest
           to JPMorgan Chase Bank, N.A. as Trustee for Struc nj.bkecf@fedphe.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Nicholas V. Rogers    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A THE BANK OF NEW
           YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE et.al. nj.bkecf@fedphe.com
          Russell L. Low    on behalf of Debtor Carlos O. Moyeno ecf@lowbankruptcy.com,
           ecf@lowbankruptcy.com;r57808@notify.bestcase.com
                                                                                                                                                                                     TOTAL: 9