**Fill in this Information to identify the case:**

Debtor 1: Carlos O Moyeno
First Name / Middle Name / Last Name

Debtor 2: _____
(Spouse, if filing) First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of New Jersey (State)

Case number: 15-17588-VFP

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ
2022 JUN -6 A 10: 41
JEANNE A. NAUGHTON
BY: _____ DEPUTY CLERK

Form 1340 (12/19)

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $ 10,704.89 |
| Claimant's Name: | Johnson Investigations |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 57 South Main St. Suite 359 Neptune, NJ 07753-5032<br><br>Phone number: (732) 895-6065<br>Email address: johnsoninvestigations3@gmail.com |

### 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☐ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☒ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 3. Supporting Documentation

☒ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

### 4. Notice to United States Attorney

☒ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> District of New Jersey
> Peter Rodino Federal Building
> 970 Broad Street, Suite 700
> Newark, New Jersey  07102

### 5. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: June 3, 2022

Signature of Applicant: *[signed]*

Printed Name of Applicant: KENNETH JOHNSON

Address: 57 South Main St. Suite 359
Neptune, NJ 07753-5032

Telephone: (732) 895-6065

Email: johnsoninvestigations3@gmail.com

### 5. Co-Applicant Declaration (if applicable)

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: _____

Signature of Co-Applicant (if applicable): _____

Printed Name of Co-Applicant (if applicable): _____

Address: _____

Telephone: _____

Email: _____