**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

CARLOS O. MOYENO

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Case No.:  15-17588VFP**

**HEARING DATE:  Not Yet Scheduled**

### TRUSTEE'S OBJECTION TO DEBTOR(S) APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Marie-Ann Greenberg, the Chapter 13 Standing Trustee Marie-Ann Greenberg, the Chapter 13 Standing Trustee by way of objection to Debtor(s)  Application for Payment of Unclaimed Funds

- The Applicant is not entitled to the Registry Funds as he is not a party in interest, is not the owner of record and does not appear to be the owner of record's assignee or legal successor;
- The case referenced in the supporting documents does not appear applicable as it has not been established that debtor has negotiated the mailed deposit check or has received any consideration from the Applicant;
- The Applicant has not served debtor or debtor's Bankruptcy Counsel.

Wherefore, Marie-Ann Greenberg, the Chapter 13 Standing Trustee prays that the Debtor(s) Application for Payment of Unclaimed Funds

Dated:  June 07, 2022

By:   /S/Marie-Ann Greenberg
Marie-Ann Greenberg, Esquire
Chapter 13 Standing Trustee