| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> DISTRICT OF NEW JERSEY <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** |
| IN RE: <br><br> CARLOS O. MOYENO |

Case No.: 15-17588

Adv. No.:

Hearing Date:  Not Yet Scheduled

Judge:  VFP

## CERTIFICATION OF SERVICE

1. I, Jeannine Van Sant, am an administrator for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/07/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **TRUSTEE'S OBJECTION TO DEBTOR(S) APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Attorney for Debtor(s):
RUSSELL L LOW ESQ
LOW & LOW ESQS
505 MAIN STREET, SUITE 304
HACKENSACK, NJ  07601
Mode of Service:  Notice of Electronic Filing (NEF)
 Unless non-ECF Attorney then Postage prepaid first class U.S. mail

Dated:  June 07, 2022

By:  /S/  Jeannine Van Sant
Jeannine Van Sant