| |
|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> **Caption in Compliance with D.N.J. LBR 9004-2(c)** <br> **Marie-Ann Greenberg MAG-1284** <br> **Marie-Ann Greenberg, Standing Trustee** <br> **30 TWO BRIDGES ROAD** <br> **SUITE 330** <br> **FAIRFIELD, NJ  07004-1550** <br> **973-227-2840** <br> **Chapter 13 Standing Trustee** <br><br> IN RE: <br><br> CARLOS O. MOYENO |

Case No.: 15-17588

Adv. No.:

Hearing Date:  Jeannine Van Sant

Judge:  VFP

## CERTIFICATION OF SERVICE

1. I, an administrator, am for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 06/10/2022, I sent a copy of the following pleadings and/or documents to the parties listed below:

   **TRUSTEE'S OBJECTION TO DEBTOR(S) APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

:
Johnson Investigations
57 south Main Street,  Suite 359
Neptune , NJ  07753-5032
Mode of Service:  Regular Mail

Dated:  June 10, 2022

By:  /S/  an administrator
     an administrator