Form ntchrgbk

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 15−17588−VFP
Chapter: 13
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Carlos O. Moyeno
81 Vreeland Avenue
Bergenfield, NJ 07621

Social Security No.:
xxx−xx−1406

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/28/22 at 10:00 AM

to consider and act upon the following:

*153* − Application for Payment of Unclaimed Funds in the Amount $ $10,704.89 Filed by Kenneth Johnson. Objection deadline is 6/27/2022. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order # 4 Support) (dmc)

Dated: 6/29/22

Jeanne Naughton
Clerk, U.S. Bankruptcy Court