Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  15−17588−VFP
Chapter:  13
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Carlos O. Moyeno
   81 Vreeland Avenue
   Bergenfield, NJ 07621

Social Security No.:
   xxx−xx−1406

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 7/28/22 at 10:00 AM

to consider and act upon the following:

*153 −* Application for Payment of Unclaimed Funds in the Amount $ $10,704.89 Filed by Kenneth Johnson. Objection deadline is 6/27/2022. (Attachments: # 1 Certification # 2 Certificate of Service # 3 Proposed Order # 4 Support) (dmc)

Dated: 6/29/22

                                           Jeanne Naughton
                                           Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re:                                                                                            Case No. 15-17588-VFP

Carlos O. Moyeno                                                                        Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin          Page 1 of 2

Date Rcvd: Jun 29, 2022          Form ID: ntchrgbk          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carlos O. Moyeno, 81 Vreeland Avenue, Bergenfield, NJ 07621-1928 |
| intp | + | Kenneth Johnson, Johnson Investigations, 57 South Main St., Ste 359, Neptune, NJ 07753-5032 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2022          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2022 at the address(es) listed below:**

**Name**          **Email Address**

Andrew L. Spivack
    on behalf of Creditor WELLS FARGO BANK  N.A. D/B/A AMERICAS SERVICING COMPANY AS SERVICER FOR The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Struc andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Andrew L. Spivack
    on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE et.al. andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Andrew L. Spivack
    on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE FOR STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., BEAR STEARNS ALT-A TRUST, MORT andrew.spivack@brockandscott.com, wbecf@brockandscott.com

Denise E. Carlon

| | |
|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 29, 2022 | Form ID: ntchrgbk | Total Noticed: 2 |

Denise E. Carlon
    on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE et.al. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

    on behalf of Creditor The Bank of New York Mellon f/k/a The Bank of New York  successor in interest to JPMorgan Chase Bank N.A. as Trustee for Structured Asset Mortgage Investments II Inc., Bear Stearns ALT-A Trust, Mortga dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jerome B. Blank
    on behalf of Creditor WELLS FARGO BANK  N.A. D/B/A AMERICAS SERVICING COMPANY AS SERVICER FOR The Bank of New York Mellon, f/k/a The Bank of New York, successor in interest to JPMorgan Chase Bank, N.A. as Trustee for Struc nj.bkecf@fedphe.com

Marie-Ann Greenberg
    magecf@magtrustee.com

Nicholas V. Rogers
    on behalf of Creditor THE BANK OF NEW YORK MELLON  F/K/A THE BANK OF NEW YORK, SUCCESSOR IN INTEREST TO JPMORGAN CHASE BANK, N.A. AS TRUSTEE et.al. nj.bkecf@fedphe.com

Russell L. Low
    on behalf of Debtor Carlos O. Moyeno ecf@lowbankruptcy.com  ecf@lowbankruptcy.com;r57808@notify.bestcase.com

TOTAL: 9