

# Johnson Investigations

U.S. BANKRUPTCY COURT
FILED
NEWARK, NJ

2022 JUL 11 P 2: 09

JEANNE A. NAUGHTON
BY: _____
DEPUTY CLERK

July 6, 2022

Clerk of the Bankruptcy Court

U.S. Bankruptcy Court, District of New Jersey

Martin Luther King, Jr. Federal Bldg.

50 Walnut St.

Newark, NJ 07102

Re:   Carlos O. Moyeno (Debtor)

      Case No. 15-17588 VFP

Your Honor:

Please accept this letter as a formal request to withdraw the Application for Unclaimed Funds associated with the above listed Debtor and Case Number filed by Johnson Investigations with the court on June 6, 2022.

Thank you for your prompt attention to this matter.

Very truly yours,

*Kenneth Johnson*

Kenneth Johnson

CC: MARIE-ANN GREENBERG - Trustee

57 S. Main St. Suite # 359   (732) 895-6065
Neptune, NJ 07753-5032   johnsoninvestigations3@gmail.com

**KENNETH JOHNSON**
57 S. Main St. Suite # 359
Neptune, NJ 07753-5032

0710283550 C014

Clerk of the Bankruptcy Court
U.S. Bankruptcy Court, District of New Jersey
Martin Luther King, Jr. Federal Bldg.
50 Walnut St.
Newark, NJ 07102

TRENTON NJ 085
7 JUL 2022 PM 5 L

